**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| REVELYST OPERATIONS LLC, ) | |
| ) | Case No. 26-cv-4804 |
| Plaintiff, ) | |
| v. ) | Judge LaShonda A. Hunt |
| ) | |
| THE INDIVIDUALS, CORPORATIONS, ) | |
| LIMITED LIABILITY COMPANIES, ) | |
| PARTNERSHIPS AND UNINCORPORATED ) | |
| ASSOCIATIONS IDENTIFIED ) | |
| ON SCHEDULE A HERETO, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT NO. 16**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff REVELYST OPERATIONS LLC, hereby dismisses with prejudice all causes of action in the complaint as to the Defendant No. 16 "Yiwu Juyi Import And Export Co., Ltd". Each party shall bear its own attorney's fees and costs.

The respective Defendant has not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

As a result, Plaintiff's Motion for Electronic Service of Process Pursuant to Fed. R. Civ. P. 4(f)(3) [Dkt. No. 22] is hereby moot. Defendant No. 16 "Yiwu Juyi Import And Export Co., Ltd" is the only defendant in this matter. Consistent herewith, Plaintiff consents to the Court closing this case for administrative purposes.

Respectfully submitted,

Dated: June 16, 2026

By:     s/Michael A. Hierl
        Michael A. Hierl
        William B. Kalbac
        Robert P. McMurray
        John Wilson
        Elizabeth A. Miller
        Hughes Socol Piers Resnick & Dym, Ltd.
        Three First National Plaza
        70 W. Madison Street, Suite 4000
        Chicago, Illinois 60602
        (312) 580-0100 Telephone
        (312) 580-1994 Facsimile
        mhierl@hsplegal.com

        Attorneys for Plaintiff
        REVELYST OPERATIONS LLC

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on June 16, 2026.

s/Michael A. Hierl